UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANTHONY ISAAC WILLIAMS,   CIVIL NO.11-363 (DSD/JSM)

    Petitioner,

v.   ORDER

UNITED STATES OF AMERICA,

    Respondent.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated February 17, 2011. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

    IT IS HEREBY ORDERED that:

    1.    Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241, (Docket No. 1), is DENIED;

    2.    Petitioner's motion for leave to proceed in forma pauperis, (Docket No. 2), is DENIED; and

    3.    This action is summarily DISMISSED for lack of jurisdiction.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 9, 2011

                                    s/David S. Doty
                                    DAVID S. DOTY
                                    United States District Judge